UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini, U.S.D.J. |
| | : | Criminal No. 13-100 |
| v. | : | |
| | : | |
| ANGEL MANUEL GOMEZ-LUCIO | : | **ORDER** |

**THIS MATTER** having come before the Court on the application of the United States, Paul J. Fishman, United States Attorney for the District of New Jersey (Sara F. Merin, Assistant United States Attorney) appearing, for an order to have a dangerousness evaluation of the defendant be conducted pursuant to Title 18, United States Code, Section 4248(b); and the competency evaluation Ordered by the Court on April 26, 2013 [document 19] having resulted in a determination there is no substantial probability that, in the foreseeable future, defendant will attain the capacity to permit the proceedings to go forward; and the Court having considered the submission of the Government dated November 29, 2013; and for good cause shown,

IT IS on this 4th day of February, 2014,

**ORDERED** that:

(1) Pursuant to Title 18, United States Code Section 4248(b), a psychiatric or psychological examination shall be conducted for the purpose of determining whether defendant is a sexually dangerous person;

(2) The Court recommends that the examination take place in New Jersey or the nearest facility by the appropriate representative(s) of the Bureau of Prisons, by someone appointed by the Bureau of Prisons to conduct such examination, or by an appropriate individual compensated by the United States;

(3) A report shall be filed with the Court, pursuant to the provisions of Title 18, United States Code, Section 4247(b) and (c); and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(1)(A), the period from June 3, 2013 through the time the Report ordered herein is filed with the Court and a hearing is held to address it shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE